[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  12-14075
Non-Argument Calendar

_____

D.C. Docket No. 1:11-cr-00009-RH-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FREDDIE LOY WALKER, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(October 23, 2013)

Before MARTIN, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Freddie Loy Walker Jr., in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walker's conviction and sentence are **AFFIRMED**.